No. 781. HOME INSURANCE Co. *v.* SAME. April 20, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Rolland M. Edmonds* for petitioners. *Messrs. Elwood Murphy* and *F. S. Monnett* for respondent.

No. 790. MECON, ADMINISTRATOR, *v.* FITZSIMMONS DRILLING Co., INC., ET AL. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. S. J. Montgomery* for petitioner. *Messrs. George F. Short, Horace H. Hagan, Hal C. Thurman, Ray S. Fellows,* and *Thomas R. Freeman* for respondents.

Nos. 797 and 798. CHESAPEAKE & OHIO RY. Co. *v.* KUHN. April 20, 1931. Petition for writs of certiorari to the Supreme Court of Ohio and to the Court of Appeals of Pike County, Ohio, granted. *Messrs. David H. Leake* and *Henry Bannon* for petitioner. *Mr. George D. Nye* for respondent.

No. 822. STRONG *v.* UNITED STATES. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. William H. Lewis* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

No. 899. SOUTHERN RY. Co. *v.* WALTERS. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. H. O'B. Cooper, S. R. Prince, Rudolph J. Kramer, Bruce A. Camp-*